ROBERT S. LEVY, on Behalf of Himself and Others,
Appellant, *v.* PARAMOUNT PUBLIX CORPORATION et al.,
Defendants, and GILBERT W. KAHN et al., Respondents.

(Argued October 17, 1934; decided November 20, 1934.)

*Samuel Zirn* and *Adolph Feldblum* for appellant.
*William D. Whitney* and *Hugh A. Fulton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.